People v Williams (2025 NY Slip Op 06086)

People v Williams

2025 NY Slip Op 06086

Decided on November 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LARA J. GENOVESI
PAUL WOOTEN
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2024-02732
2024-02735
2024-02739

[*1]The People of the State of New York, respondent,
v
Darius Williams, appellant. (Ind. Nos. 70357/23, 70539/23, 70676/23)

Warren S. Hecht, Forest Hills, NY, for appellant.
Thomas E. Walsh II, District Attorney, New City, NY (James A. Dolan of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from three sentences of the County Court, Rockland County (Kevin F. Russo, J.), all imposed March 13, 2024, after a nonjury trial, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The sentences imposed were not excessive (see People v Suitte , 90 AD2d 80).
DILLON, J.P., GENOVESI, WOOTEN, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court